IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jackson, Joann

Printed: 4/29/08

Case Number: 04 B 47258
Judge: Squires, John H
Filed: 12/23/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 13, 2008
Confirmed: February 9, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 17,264.02 |  |
| Secured: |  | 13,506.62 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,894.00 |
| Trustee Fee: |  | 833.72 |
| Other Funds: |  | 29.68 |
| Totals: | 17,264.02 | 17,264.02 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,894.00 | 2,894.00 |
| 2. | Citi Residential Lending | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 4. | Citi Residential Lending | Secured | 4,716.18 | 226.82 |
| 5. | Monterey Financial Services | Secured | 217.71 | 173.05 |
| 6. | JP Morgan Chase Bank | Secured | 13,000.18 | 11,244.40 |
| 7. | Aastro Title Lenders | Secured | 2,169.98 | 1,862.35 |
| 8. | Peoples Energy Corp | Unsecured | 868.70 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 310.50 | 0.00 |
| 10. | Monterey Financial Services | Unsecured | 222.90 | 0.00 |
| 11. | Monterey Financial Services | Unsecured | 969.03 | 0.00 |
| 12. | JP Morgan Chase Bank | Unsecured | 152.86 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 833.37 | 0.00 |
| 14. | United States Dept Of Education | Unsecured | 5,091.12 | 0.00 |
| 15. | Commonwealth Edison | Unsecured | 403.90 | 0.00 |
| 16. | SBC | Unsecured | 330.72 | 0.00 |
| 17. | City Of Chicago Dept Of Revenue | Unsecured | 672.00 | 0.00 |
| 18. | Comcast | Unsecured |  | No Claim Filed |
| 19. | City Of Chicago | Unsecured |  | No Claim Filed |
| 20. | Ice Mountain | Unsecured |  | No Claim Filed |
| 21. | Suburban Dodge Of Berwyn | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 32,853.15 | $ 16,400.62 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Jackson, Joann

Printed:  4/29/08

Case Number:  04 B 47258
Judge:  Squires, John H
Filed:  12/23/04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 50.81 |
| 4% | 106.32 |
| 3% | 70.76 |
| 5.5% | 370.59 |
| 5% | 82.62 |
| 4.8% | 94.82 |
| 5.4% | 57.80 |
|  | _____ |
|  | $ 833.72 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

